IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES D. LAMMERS,

                Petitioner,

  v.                                       ORDER

PHIL KINGSTON, Warden,
Columbia Correctional Institution,        10-cv-0078-bbc

                Respondent.

---

James D. Lammers has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his loss of good-time credits in three disciplinary actions while he was in custody at the Jackson Correctional Institution in 2001. Pursuant to Rule 3 of the Rules Governing Section 2254 Cases, the petition must be accompanied by:

(1)     the five dollar ($5) filing fee; OR

(2)     a motion for leave to proceed *in forma pauperis*, the affidavit required by 28 U.S.C. § 1915, and a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution.

Petitioner has not submitted either the filing fee or the paperwork necessary to support a determination that he is entitled to proceed without paying the filing fee.

A copy of a blank application for leave to proceed *in forma pauperis* is being mailed to petitioner with this order. Petitioner should complete it and return it to the court on or before April 9, 2010. Alternatively, petitioner must submit the $5 filing fee. If petitioner fails to submit the completed application for leave to proceed *in forma pauperis* or pay the $5 filing fee by April 9, 2010, then this court will dismiss his petition for his failure to prosecute it.

Entered this 22nd day of March, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge