IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES D. LAMMERS,

    Petitioner,

v.

PHIL KINGSTON, Warden,
Columbia Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-78-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing as moot the petition for a writ of habeas corpus.

_____  _____
Peter Oppeneer, Clerk of Court        5/17/10
                                              Date